■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MADELIN JEAN, Appellant. [46 NYS3d 801]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 14, 2014 (*People v Jean*, 117 AD3d 875 [2014]), affirming a judgment of the Supreme Court, Nassau County, rendered April 1, 2011.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Leventhal, Sgroi and LaSalle, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE JONES-MCFARLAND, Appellant. [46 NYS3d 803]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Guzman, J.), rendered May 1, 2012, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not deprived of the effective assistance of counsel. Defense counsel was not ineffective in failing to request a charge on manslaughter in the second degree, since there is no reasonable view of the evidence that would have supported a finding that the defendant acted recklessly in repeatedly shooting the victim (*see People v Rivera*, 23 NY3d 112, 122 [2014]; *People v Fitzgerald*, 120 AD3d 506, 508 [2014]; *People v Etienne*, 250 AD2d 776 [1998]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Dillon, Chambers and Hinds-Radix, JJ., concur.